# PD-1678-15

## THE COURT OF CRIMINAL APPEALS AUSTIN TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

DEC 2 2015

Abel Acosta, Clerk

### IN RE:

### EMILIO RENEE MARTINEZ v. STATE OF TEXAS

### No. 04-14-00652-CR

## ORIGINAL MOTION FOR SIXTY (60) DAY EXTENSION TO FILE PETITION FOR DISCRETIONARY REVIEW

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 22 2015

Abel Acosta. Clerk

TO THE HONORABLE JUSTICES OF THE HIGH COURT:

Comes Now Movant Pro se, EMILIO RENEE MARTINEZ, in accordance to Rule 64., Texas Rules of Appellate Procedures and seeks a Sixty (60) day Extension to properly submit Petition for Discretionary Review in the above styled and numbered Cause. And in support thereof, Movant would show good Cause:

1.

## I Statement of Case

Mr. Martinez was convicted in the 229th Judicial District Court, Duval County, Texas, for the Felony Offense of Indecency with a Child, [Texas Penal Code, § 21.11(a)(1)] (x-3) with a true finding on the Enhancement paragraph. And Thereby, sentenced by Trial Judge to Life In the Texas Department of Criminal Justice - Institutional Division. (CR _____, "Judgment of Conviction By Jury"), in the above styled and numbered Cause. A

The Fourth Court of Appeals, San Antonio, Texas, in its Memorandum Opinion "Delivered and Filed: November 4, 2015:" concluded "The trial court's judgment is reformed to reflect that Martinez is entitled to credit for 482 days served. The judgment is affirmed as reformed."

Motion for Rehearing was denied November 30th, 2015. WHEREUPON, [If]The Court of Criminal Appeals may review a Court of Appeals' decision in a criminal case on its own initiative under Rule 67[1] or on a petition of a party under Rule 68[2]."

A - The State of Texas v Emilio Rene Martinez, Cause Nº 13-CRD-90.

1-2 - Tex. R. App. Proc.

2

## II. Statement of Facts

In accordance with R. App. Proc., the deadline for filing the Petition for Discretionary Review is December 30th, 2015. HOWEVER, "[t]he Court of Criminal Appeals may extend the time to file a petition for discretionary review if a party who files a motion complying with Rule 10.5 (b) no later than 15 days after the last day for filing the petition....." [Rule 68.2(c), RAP].

THEREUPON, Mr. Martinez respectfully submitts request of Sixty-(60) days here to fore, in filing such a petition for discretionary review.

## III. Movant's Prayer

Mr. Martinez prays THE COURT grant this Original Motion and the Sixty-(60) day extension request to file a proper Petition for Discretionary Review — PRO SE.

Movant/Prose: _Emilio Martinez_

Emilio Rene Martinez

## Certificate of Service

I hereby certify that a true correct copy of the forgoing Motion has been forwarded by the United States Postal Service, First Class-postage paid, to both:

(1) The State Prosecuting Attorney's Office

P.O. Box ~~12405~~ 13046

Austin, Texas 78711 : AND,

3

(2) Rumaldo Solis, Jr.

Attorney For The State

District Attorney's Office

P.O. Box 76, 401 N. Britton Ave., Rm. 417

Rio Grande City, Texas 78582,

On the 18th day of December, 2015.

/s/ Emilio Martinez

Emilio Rene Martinez

## InMate Declaration

[Civ. Pract. + Rem. Code §132.001. -3. et. seq./28 U.S.C. §.1746]

I, Emilio Rene Martinez, TDCJ Nº 1943062, being incarcerated within the James V. Allred Unit, in Wichita County, do hereby verify and declare under penalty of perjury that the foregoing Motion and ALL statements made herein, are both true and correct, and offered in good faith.

Declared and Signed to, the ___ day of December, 2015.

Respectfully,

Emilio Martinez

Emilio Rene Martinez

Movant / Pro se

4

December 18th, 2015

TO: Mr. Abel Acosta, Clerk to
Court of Criminal Appeals
201 W. 14th St. Room 106
P.O. Box 12308, Capital Station
Austin, Texas 78711 - 2308

RE: Filing Motion to Extend time for P.D.R.

Mr. Acosta,
        Please file the enclosed Motion requesting an
Extention to file Petition for Discretion ary Review Pro-se.
Thank You for Your time on this matter.

Sincerely

Mr. Emilio Rene Martinez
Movant / Pro-se
TDCJ No. 1943062
James V. Allred Unit
2101 FM 369 North
Iowa Park, TX 76367.